# LAW OFFICES OF WILLIAM R. CONNELLY, LLC
7 WEST MAIN STREET
MENDHAM, NEW JERSEY 07945

(973) 543-5301
Fax (973) 543-5140
wconnelly@connellylaw.net

WILLIAM R. CONNELLY*
CAROLE WHITE-CONNOR

September 25, 2008

NJ NY & MA BARS*

The Honorable Peter G. Sheridan
Martin Luther King, Jr. Fedl. Bldg.
and Courthouse
50 Walnut Street
Newark NJ 07102

Re: *Ulokameje v. RTM Mortgage, Inc., et al.*
Case No.: 2:08-cv-367

Dear Judge Sheridan:

We have just received the electronic notice that you have scheduled a settlement conference at 12:00 p.m. at your court room on September 29, 2008 in the above captioned case. Please be advised that I will be having a medical procedure scheduled that morning which will have me sedated and I have been advised by my physicians that I will not be able to work on either September 29th or September 30th but will be available thereafter.

In looking at my calendar it appears that I have October 1st open and October 3rd as well as October 7th and 8th. Hopefully the settlement conference can be rescheduled for one of those dates.

Please advise as to whether or not this requested adjournment of the settlement conference is granted and as to whether or not a new date can be established.

Very truly yours,

William R. Connelly

WRC:mp
cc: Diane A. Bettino, Esq.
John M. Burke, Esq.

SO ORDERED: _[signature]_
DATED: 9/27/08