Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
201/ 200.0300
johnburkeesq@verizon.net
Attorney for Plaintiff Jude Ulokameje

SO ORDERED: /s/ [signature]
DATED: 10/28/08

---

Plaintiff (s),

Jude Ulokameje,

             vs.

Defendant (s),

RTM Mortgage, Inc., Anthem Title Agency,
Zana Dika, IndyMac Bank, FSB, IndyMac Bancorp.,
John Doe Nos. 1-10, (fictitious names), and
ABC Corp. Nos. 1-10
(fictitious names),

Civil Action Number: 2:08-cv-367-PGS

---

CIVIL ACTION

**STIPULATION OF DISMISSAL
AS TO DEFENDANT INDYMAC BANK, FSB
WITH PREJUDICE**

     This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against IndyMac Bank, FSB.

Dated: October 28, 2008

By _____
John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
Attorney for the Plaintiffs

By _____
Diane A. Bettino, Esq.
Reed Smith LLP

1

PO Box 7839
136 Main
Princeton, NJ 08543
Attorney for IndyMac Bank, FSB